MARTIN J. LYONS, JR., as Temporary Administrator of the Estate of XENO-PHON L. MAVROIDI, Deceased, Respondent, v. KATE MOOG, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent, with leave to the defendant to answer the complaint within ten days after service of order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HERMAN WALLMAN, Respondent, v. NATHAN WOLFSON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [184 Misc. 520.] [See *post*, p. 737.]

In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK with Respect to Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. (Guarantee No. 200,987.) JOHN F. FREES et al., as Trustees, Respondents; LILLIAN M. MCCARTHY, as Administratrix of the Estate of KATHERINE E. MCCARTHY, Deceased, et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley, J., taking no part. [See *post*, p. 745.]

MARIO D. GIARDINO et al., Copartners Doing Business under the Name of GIARDINO & Co., Respondents, v. MARINE MAINTENANCE CORPORATION et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EMERGENCY COMMITTEE TO SAVE THE JEWISH PEOPLE OF EUROPE, INC., Appellant, v. PIERRE VAN PAASSEN et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NAT MAURER, Appellant, v. LOUIS J. SINGER et al., Individually and as Copartners Doing Business under the Name of MODERN FACTORS COMPANY, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JULIA O'B. DITTLER, Appellant, v. EDGAR L. DITTLER, Respondent. Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GLADYS LIEBERMAN, Appellant, v. MAURICE B. LIEBERMAN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.